NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DARREN J. EDMONDS,                          )
                                            )
            Appellant,                      )
                                            )
v.                                          )      Case No. 2D17-1281
                                            )
MONIKA S. EDMONDS,                          )
                                            )
            Appellee.                       )
_____     )

Opinion filed May 18, 2018.

Appeal from the Circuit Court for Sarasota
County; Donna Padar Berlin, Judge.

W. Matthew Kowtko of Kowtko Law Group,
P.A., Sarasota, for Appellant.

Angela D. Flaherty of Flaherty Law Firm,
Sarasota, for Appellee.

PER CURIAM.

            Affirmed.

CASANUEVA, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.